**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| WAYNE STEWART, | ) | NO. CV 15-3877-AB (AS) |
|         Plaintiff, | ) | |
|    v. | ) | **ORDER ACCEPTING FINDINGS,** |
| DR. C. WU, et. al., | ) | **CONCLUSIONS AND RECOMMENDATIONS OF** |
| | ) | **UNITED STATES MAGISTRATE JUDGE** |
|         Defendants. | ) | |

    Pursuant to 28 U.S.C. section 636, the Court has reviewed the Complaint, all of the records herein, and the Report and Recommendation of United States Magistrate Judge to which no objections were filed.

    Accordingly, the Court accepts the findings, conclusions and recommendations of the Magistrate Judge.

1    **IT IS ORDERED** that Defendants' Request for Judicial Notice is
2    GRANTED; Defendants' Motion to Dismiss with prejudice Plaintiff's First
3    Amended Complaint against S. Morris, D.O., is GRANTED; Defendants'
4    Motion to Dismiss Plaintiff's First Amended Complaint against C. Wu,
5    M.D., is DENIED; and Defendant C. Wu, M.D., is ordered to file an
6    Answer to the First Amended Complaint within fourteen (14) days of the
7    date of this Order.

9    **IT IS FURTHER ORDERED** that the Clerk serve copies of this Order
10   and the Judgment herein on Plaintiff at his current address of record.

13   DATED:   October 28, 2016.

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE