**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WAYNE STEWART, ) NO. CV 15-3877-AB (AS) | |
| Plaintiff, )  | |
| v. ) **JUDGMENT** | |
| DR. C. WU, )  | |
| Defendant. )  | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: September 29, 2017.

 _____
 ANDRÉ BIROTTE JR.
 UNITED STATES DISTRICT JUDGE